United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIN WAH KUNG,

    Plaintiff,

v.

EQUIFAX INC., d/b/a EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

_____/

No. C 15-00002 JSW

**ORDER SETTING HEARING ON MOTION TO STRIKE**

On February 18, 2015, Plaintiff filed a motion to strike Defendant's answer, but he did not notice that motion for a hearing, in accordance with the Local Rules. Although Plaintiff is proceeding *pro se*, he is expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and this Court's standing orders. *See, e.g., Ghazali v. Moran*, 46 F.3d, 52, 54 (9th Cir. 1995) (noting that *pro se* litigants are bound by the rules of procedure), *cert denied,* 516 U.S. 838 (1995); Civil L.R. 3-9(a).

The Court HEREBY SCHEDULES the motion for a hearing on March 27, 2015 at 11:00 a.m. in Courtroom 5, United States Courthouse, 1301 Clay Street, Second Floor, Oakland, California. The parties' opposition and reply briefs are due in accordance with the deadlines triggered by the filing of Plaintiffs' motion.

//

//

//

If the Court concludes that the motion is suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: February 19, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2