IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIN WAH KUNG,

    Plaintiff,

v.

EQUIFAX INC., d/b/a EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

No. C 15-00002 JSW

**ORDER DENYING MOTION FOR EXTENSION OF TIME**

On February 18, 2015, Plaintiff filed a motion to strike Defendant's answer. Under the Northern District Civil Local Rules, Defendant's opposition is due today, March 4, 2015. Defendant has filed a motion for an extension of time to respond, on the basis that it "will be unfairly prejudiced if forced to respond to a potentially dispositive motion in such a short period of time." (Mot. at 2:3-4.) Defendant, however, has not explained why it was not able to comply with the time periods set forth in the Local Rules.

In addition, Defendant filed its motion for an extension on the date its opposition was due, rather than sufficiently in advance of that date to permit Plaintiff to respond and for the Court to rule within the time periods set forth in Local Rule 7-11. *See* Civil Standing Order ¶ 4 ("Parties seeking to enlarge a filing deadline by way of a Motion for Administrative Relief are admonished to file such a motion in advance of the filing deadline, rather than on the day a brief or other matter is due.").

//

Accordingly, notwithstanding Defendant's representation that the parties are attempting to resolve this matter, the Court DENIES Defendant's request for an extension. Defendant's opposition remains due on March 4, 2015, unless it obtains a stipulation from Plaintiff to extend the briefing deadlines.

**IT IS SO ORDERED.**

Dated: March 4, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE