KIN WAH KUNG
4411 Elaiso Common
Fremont, CA 94536-5626
Phone: 415-637-8146

*Plaintiff In Pro Per*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **KIN WAH KUNG,** | Case Number: C 15-00002 JSW |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| vs. | |
| **EQUIFAX INFORMATION SERVICES LLC,** | |
| Defendant. | |

Notice of Withdrawal Plaintiff's Motion to Strike Defendant's Answer
to Plaintiff's First Amended Complaint and [Proposed] Order
(C 15-00002 JSW)
1

**TO THIS HONORABLE COURT:**

    Plaintiff Kin Wah Kung hereby withdraws his Motion to Strike Defendant's Answer to Plaintiff's First Amended Complaint (ECF Document 32).

    On March 24, 2015 Plaintiff filed his Motion to Strike Defendant's Answer to Plaintiff's First Amended Complaint. On April 5, 2015, Plaintiff has met and conferred with Defendant regarding the Motion. It is stipulated that in order to construct an amicable environment for settlement discussion, Plaintiff agrees to withdraw his Motion.

    Accordingly, Plaintiff hereby withdraws his pending Motion to Strike.

DATED: April 5, 2015                         Respectfully submitted,

                                          /s/ Kin Wah Kung_____

                                          KIN WAH KUNG
                                          *Plaintiff In Pro Per*

## ORDER

**IT IS HEREBY ORDERED THAT** the current schedule of Plaintiff's Motion to Strike Defendant's Answer to Plaintiff's First Amended Complaint on May 8, 2015 is VACATED.

**IT IS SO ORDERED.**

DATED: April 6, 2015

_____
**JEFFREY S. WHITE**
United States District Judge

Notice of Withdrawal Plaintiff's Motion to Strike Defendant's Answer
to Plaintiff's First Amended Complaint and [~~Proposed~~] Order
(C 15-00002 JSW)
2