**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KIN WAH KUNG,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**EQUIFAX INFORMATION SERVICES,**<br><br>    **Defendants.** | Case No.: C15-0002 JSW (KAW)<br><br>**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to Magistrate Judge Kandis A. Westmore for settlement purposes. You are hereby notified that a settlement conference is scheduled for July 1, 2015, at 11:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California, 94612. For courtroom number and floor information, please check the Court's online calendar at http://www.cand.uscourts.gov or call Judge Westmore's Courtroom Deputy, Susan Imbriani, at (510) 637-3525, one week prior to the scheduled settlement conference.

The parties shall comply with Judge Westmore's Settlement Conference Standing Order, available online at http://cand.uscourts.gov/kaworders. Any failure to comply with the requirements of this Order may subject the parties and/or counsel to sanctions.

IT IS SO ORDERED.

DATE: 4/14/15

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge