UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIN WAH KUNG,

    Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES LLC, et al.,

    Defendants.

Case No. 15-cv-00002-JSW

**ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS**

Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order. It is further ORDERED that:

**A.    DATES**

Jury Trial : Monday, May 16, 2016, at 8:00 a.m.

Jury Selection: May 11, 2016 at 8:00 a.m.

Pretrial Conference: Monday, April 25, 2016, at 2:00 p.m.

Last Day to Hear Dispositive Motions: Friday, February 2, 2016, 9:00 A.M.

Last Day for Expert Discovery: December 29, 2015

Close of Non-expert Discovery: December 14, 2015

**B.    DISCOVERY**

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

**C.   ALTERNATIVE DISPUTE RESOLUTION**

This matter is referred for assignment to a Magistrate Judge to conduct a settlement conference to be completed by July 9, 2015. The parties will be contacted by that judge's chambers with a date and time for the conference.

**D.   PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause. If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline. The parties may not modify the pretrial schedule by stipulation. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order. Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
JEFFREY S. WHITE
United States District Judge

2