KIN WAH KUNG
4411 Elaiso Common
Fremont, CA 94536-5626
Phone: 415-637-8146
Email: garykung@prodigy.net

*Plaintiff In Pro Per*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **KIN WAH KUNG,** | Case Number: C 15-00002 JSW |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM PRETRIAL AND TRIAL SCHEDULING AND [PROPOSED] ORDER** GRANTING REQUEST IN PART AND SETTING STATUS CONFERENCE |
| vs. | |
| **EQUIFAX INFORMATION SERVICES LLC,** | |
| Defendant. | |

**TO THE HONORABLE PRESIDING JUDGE:**

Plaintiff Kin Wah Kung ("Plaintiff") moves this Court for administrative relief from pretrial and trial scheduling for "very good" cause, pursuant to N.D. Civil L.R. 7-11. Specifically, Plaintiff moves this Court to vacate its Order Scheduling Trial and Pretrial Matters on April 20, 2015 (ECF Document 47), as amended by the Notice by the Clerk of this Court on September 2, 2015 (ECF Document 53).

This Motion is based upon this pleading, Petitioner's Memorandum of Points and Authorities in support thereof, all other pleadings and documents on file in this case, and such evidence and argument as the Court may entertain.

DATED: September 4, 2015                    Respectfully submitted,


                                            */s/ Kin Wah Kung*_____

                                            KIN WAH KUNG
                                            *Plaintiff In Pro Per*

# MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

On April 10, 2015, this Court has conducted the Initial Case Management Conference of this pending action, which this Court has issued its Order Scheduling Trial and Pretrial Matters on April 20, 2015 (ECF Document 47), which has been subsequently amended by the Clerk of this Court on September 2, 2015 (ECF Document 53). This Court has also referred this action for settlement conference (ECF Document 45).

On July 1, 2015, presided by Honorable Kandis A. Westmore, the settlement conference has commenced. Both Plaintiff and Defendant Equifax Information Services LLC ("Defendant") have agreed to settle this pending action. *See* ECF Document 52. Currently, both Plaintiff and Defendant are in process finalizing the settlement.

Plaintiff moves this Court for administrative relief as the parties of this case has reached a settlement, the current pretrial and trial scheduling are no longer necessary.

## ARGUMENT

**I.  THE SETTLEMENT OF THIS CASE RENDERS THE CURRENT SCHEDULE MOOT.**

As reported by Honorable Kandis A. Westmore, this case has been settled. *See* ECF Document 52. The parties are in process finalizing the settlement. Therefore, this Court's assistance in adjudicating the matters of this case is no longer required. This makes the current scheduling moot.

//
//
//
//
//

Motion for Administrative Relief from Pretrial and Trial Scheduling
(C 15-00002 JSW)

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests this Court to grant Plaintiff's Administrative Relief from pretrial and trial scheduling by vacating its Order Scheduling Trial and Pretrial Matters on April 20, 2015 (ECF Document 47), as amended by the Notice by the Clerk of this Court on September 2, 2015 (ECF Document 53).

DATED: September 4, 2015                    Respectfully submitted,


*/s/ Kin Wah Kung*_____

KIN WAH KUNG
*Plaintiff In Pro Per*


**ORDER**

Upon very good cause appearing, **IT IS HEREBY ORDERED THAT** the Court **GRANTS** the requested relief. The Court's Order Scheduling Trial and Pretrial Matters on April 20, 2015 (ECF Document 47), as amended by the Notice by the Clerk of the Court on September 2, 2015 (ECF Document 53) is **VACATED**.

If a dismissal has not been filed by November 30, 2015, the parties shall appear for a status conference on December 4, 2015 at 11:00 a.m. The parties shall file a joint status report by December 2, 2015.

**IT IS SO ORDERED.**

DATED: September 14, 2015

_____
**JEFFREY S. WHITE**
United States District Judge

Motion for Administrative Relief from Pretrial and Trial Scheduling
(C 15-00002 JSW)
4