UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAH KUNG,<br><br>           Plaintiff,<br><br>      v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>           Defendants. | Case No.  15-cv-00002-JSW<br><br>**ORDER VACATING HEARING AND FURTHER ORDER OF REFERRAL**<br><br>Re: Docket Nos. 56 and 59 |

On October 12, 2015, Plaintiff filed a motion to enforce the settlement reached in this action at a settlement conference presided over by Magistrate Judge Westmore.  On October 30, 2015, Defendant filed a cross-motion to enforce.  The Court HEREBY REFERS the motions to Magistrate Judge Westmore for resolution or, if appropriate, a report and recommendation.

The Court VACATES the hearing scheduled for December 4, 2015, and the matter shall be scheduled for a hearing or a further settlement conference by Magistrate Judge Westmore.

**IT IS SO ORDERED.**

Dated: November 10, 2015

JEFFREY S. WHITE
United States District Judge

Cc:  Magistrate Judge Westmore
     Susan Imbriani
     Magistrate Referral Clerk