THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAH KUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INC. dba EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendants. | Case No.: 4:15-cv-00002-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>**Date: January 20, 2016**<br>**Time: 10:00 a.m.**<br>**Courtroom: 4/3rd Floor** |

Upon the Stipulation of Plaintiff, KIN WAH KUNG ("Plaintiff") Pro Se and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax"), and good cause appearing for the relief requested, the Court hereby GRANTS the parties' request, and orders that the Settlement Conference currently scheduled for January 20, 2016 is continued to February 10, 2016, at 11:00 a.m.

　　　　IT IS SO ORDERED.

Dated:　1/19　, 2016　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　　　Honorable Kandis A. Westmore
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

- 1 –
[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION
TO CONTINUE SETTLEMENT CONFERENCE