THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAH KUNG, | Case No.: 4:15-cv-00002-JSW |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER ON STIPULATION TO RESET SETTLEMENT CONFERENCE |
| EQUIFAX INC. dba EQUIFAX INFORMATION SERVICES LLC, | Date: February 10, 2016 |
| Defendants. | Time: 11:00 a.m. |
| | Courtroom: 4/3rd Floor |

Upon the Stipulation of Plaintiff, KIN WAH KUNG ("Plaintiff") Pro Se and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax"), and for good cause appearing, the Court hereby GRANTS the parties' request that the Settlement Conference be reset for February 10, 2016 at 11:00 am as previously scheduled.

IT IS SO ORDERED.

Dated: 02/09, 2016

*Kandis Westmore*

Honorable Kandis A. Westmore
U.S. Magistrate Judge

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –
[PROPOSED] ORDER ON JOINT STIPULATION TO
RESET SETTLEMENT CONFERENCE