KIN WAH KUNG
4411 Elaiso Common
Fremont, CA 94536-5626
Phone: 415-637-8146
Email: garykung@prodigy.net

*Plaintiff In Pro Per*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **KIN WAH KUNG** | Case Number: C 15-00002 JSW |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DISMISSAL WITH PREJUDICE |
| vs. | AS MODIFIED HEREIN TO REFLECT SETTLEMENT AGREEMENT SHALL REMAIN UNDER SEAL |
| **EQUIFAX INFORMATION SERVICES LLC,** | |
| Defendant. | |

Having considered the Parties' Joint Stipulation, upon good cause appearing, **IT IS HEREBY ORDERED** as follow:

1. The Parties' superseding written settlement agreement is entered into the record. and shall be maintained under seal pending further order of the Court.
2. This Court retains jurisdiction to enforce the settlement agreement.
3. This action is dismissed with prejudice.

The Clerk of the Court shall close the docket.

//

//

//

//

//

**IT IS SO ORDERED.**

DATED: April 21, 2016

_____
**JEFFREY S. WHITE**
United States District Judge